### 24161

Willie PALMER, Jr., Petitioner v. STATE of South Carolina, Respondent.

(451 S.E. (2d) 393)

Supreme Court

*Asst. Appellate Defender Robert M. Dudek, S.C. Office of Appellate Defense*, Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. James Patrick Hudson, Asst. Attys. Gen. Delbert H. Singleton, Jr.* and *Teresa A. Knox*, Columbia, *for respondent.*

Submitted Sept. 21, 1994.

Decided Nov. 28, 1994.

## ON WRIT OF CERTIORARI

*Per Curiam:*

We granted certiorari to review the denial of Petitioner's application for Post-Conviction Relief. After careful consideration, we dismiss certiorari as improvidently granted.

Dismissed.